NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BREANNA L. JACKSON,                    )
                                       )
         Appellant,                    )
                                       )
v.                                     )         Case No. 2D18-1061
                                       )
STATE OF FLORIDA,                      )
                                       )
         Appellee.                     )
                                       )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Breanna L. Jackson, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


         Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.